```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

| | |
|---|---|
| IN RE MENTOR CORP. OBTAPE    * | |
| | MDL Docket No. 2004 |
| TRANSOBTURATOR SLING PRODUCTS  * | 4:08-MD-2004 (CDL) |
| | |
| LIABILITY LITIGATION         * | Case Nos. |

```
                                  4:13-cv-224    4:13-cv-287
                                  4:13-cv-227    4:13-cv-288
                                  4:13-cv-232    4:13-cv-289
                                  4:13-cv-247    4:13-cv-290
                                  4:13-cv-264    4:13-cv-291
                                  4:13-cv-277    4:13-cv-292
                                  4:13-cv-279    4:13-cv-293
                                  4:13-cv-280    4:13-cv-294
                                  4:13-cv-281    4:13-cv-295
                                  4:13-cv-283    4:13-cv-297
                                  4:13-cv-284    4:13-cv-298
                                  4:13-cv-285    4:13-cv-299
                                  4:13-cv-286    4:13-cv-300
```

## O R D E R

The Court has been advised that the following actions against Mentor have been settled. *See* Notice of Settlement, Apr. 27, 2016, ECF No. 1019 in 4:08-md-2004.

| | |
|---|---|
| Boeglin (4:13-cv-224) | Andersen (4:13-cv-287) |
| Ferguson (4:13-cv-227) | Wells (4:13-cv-288) |
| Brasier (4:13-cv-232) | Rawson (4:13-cv-289) |
| Jackson (4:13-cv-247) | Williams (4:13-cv-290) |
| Hallahan (4:13-cv-264) | Strauss (4:13-cv-291) |
| Warren (4:13-cv-277) | Duquaine (4:13-cv-292) |
| Stuchell (4:13-cv-279) | Klein (4:13-cv-293) |
| Pacheco (4:13-cv-280) | Stuckey (4:13-cv-294) |
| Kimbro (4:13-cv-281) | Kimbrell (4:13-cv-295) |
| Valder (4:13-cv-283) | Elwart (4:13-cv-297) |
| Sprayberry (4:13-cv-284) | Cornelius (4:13-cv-298) |
| Young (4:13-cv-285) | Parker-Washington (4:13-cv-299) |
| Osborn (4:13-cv-286) | Hernandez (4:13-cv-300) |

IT IS THEREFORE ORDERED that these actions be dismissed without costs, other than those due this Court, and without prejudice to the right, upon good cause shown within 180 days, to reopen the action if settlement is not consummated. If any action is not reopened, it shall stand dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court serve copies of this order by United States mail upon any attorneys/parties of record appearing in these cases who may not receive electronic notice.

IT IS SO ORDERED, this 28th day of April, 2016.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            CHIEF U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA